JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 16-8228-JFW (PLAx)** | Date: December 2, 2016 |
| Title: | Andrew M. Weitz, et al. *-v-* Wells Fargo Bank, N.A., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER**

In light of Plaintiffs' failure to respond to the Order to Show Cause [Docket No. 16], this action is dismissed without prejudice.

IT IS SO ORDERED.